# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-3190
_____

NORTHERN JACKSONVILLE
ENTERPRISE, LLC d/b/a Lanier
Manor Care Center;
BRIGHTSNFCARE, LLC d/b/a
Carestrong; ES, LLC;
MILLENNIUM MANAGEMENT,
LLC; and ELI STROHLI,

    Petitioners,

    v.

ANNA R. BUFFINGTON, as
Personal Representative of the
Estate of Shirley Jewell
Blackwell,

    Respondent.

_____

Petition for Writ of Certiorari–Original Jurisdiction.

November 6, 2018

PER CURIAM.

DISMISSED. *See Caldwell v. Wal-Mart Stores, Inc.*, 980 So. 2d 1226, 1228 (Fla. 1st DCA 2008); *McClellan v. Florida Parole Comm'n*, 959 So. 2d 827 (Fla. 1st DCA 2007). We will rule on Respondent's motion for sanctions by separate order.

LEWIS, WETHERELL, and WINOKUR, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Thomas A. Valdez of Quintairos, Prieto, Wood & Boyer, P.A., Tampa and Lars Bodnieks of Quintairos, Prieto, Wood & Boyer, P.A., Miami, for Petitioners.

Bryan S. Gowdy and Daniel Mahfood of Creed & Gowdy, P.A., Jacksonville, for Respondent.